# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:11-cr-00086-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT CRAIG GOURLAY, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Statement of Position on Restitution [Doc. 33].

On December 4, 2013, the Court deferred the final determination of restitution in this matter until December 30, 2013. [Doc. 22]. That deadline was later extended so as to give the parties additional time within which to reach a stipulation or otherwise file briefs regarding the stipulation amount. [See Doc. 27]. The Government's brief was filed on January 24, 2014. [Doc. 33]. The Defendant did not file a brief regarding the restitution amount.

Having reviewed the Government's brief and the entire record in this cause, the Court concludes that restitution should be ordered in the amount of $6,237,453.37. This amount is owed to the victim banks and is calculated as follows:

| Named Borrower | Victim Bank | Description | Original Loan Amount | Charge-Off / Loss Amount |
|---|---|---|---|---|
| Buck Cashion | CBR | Lot Loan Program, Lot 98 | $307,500 | $306,146.40 |
| Ray Chapman | CBR/PCB | Lot Loan Program, Lot 110 | $300,000 | None[1] |
| George Gabler | CBR/PCB | Lot Loan Program, Lot 118 | $296,250 | $248,636.15 |
| Buck Cashion | CBR | Lot Loan Program, Lot 131 | $618,750 | $615,027.60 |
| Ray Chapman | CBR | Lot Loan Program, Lot 141 | $581,250 | $577,866 |
| George Gabler | CBR | Lot Loan Program, Lot 142 | $569,250 | $569,250 |
| K. Rantzos | PCB | Lot 112 | $195,000 | $162,500 |
| K. Rantzos | PCB | Lot 116 | $202,500 | $170,000 |
| K. Rantzos | PCB | Lot 122 | 273,750 | $210,300.63 |
| Dion Holdings | PCB | Lot 138 | $596,250 | $522,022.85 |
| Ed Worlund | PCB | AML Funding Loan | $650,000 | None[2] |
| Betty Zieger | PCB | BZ Straw Loan | $450,000 | None[3] |
| Betty Zieger | PCB | Payroll Loan | $50,000 | None[4] |

---

[1] This loan was paid off via the Quid Pro Quo scheme in September 2009 as part of the Somily loan.

[2] This loan was refinanced through RBC Bank and is being repaid by the individual who hypothecated his annuity.

[3] This loan was paid down through regular payments made by NC Four C's, and eventually was paid in full in June, 2010. Keith Vinson executed a promissory note in September 2009 to repay Zieger for this debt but never paid.

[4] Paid in full in July 2009, with proceeds from an $80,000 loan from PCB to Ray

| Joan Cashion | PCB | JLC Straw Loan | $850,000 | $742,000 |
| --- | --- | --- | --- | --- |
| Ray Chapman | PCB | Quid Pro Quo | $1,100,000 | $934,801.77 |
| Buck Cashion | PCB | Quid Pro Quo/Jarco Loan | $1,100,000 | $342,835.57 |
| Collier Market Holdings | PCB | Quid Pro Quo | $360,000 | $104,976 |
| Somily Holdings | PCB | Quid Pro Quo | $825,000 | $731,090.40 |
| **Total Restitution** | | | | **$6,237,453.37** |

Of the six original loans issued through the Community Bank of Rowan (CBR), only two were purchased by Pisgah Community Bank (PCB) as promised. Thus the restitution payee for the remaining four CBR loans would be VantageSouth Bank, the institution that later merged with CBR.

Pisgah Community Bank was closed by the FDIC, so the FDIC as Receiver for Pisgah Community Bank would be the recipient of restitution for loans issued through or purchased by that PCB.

Finally, Defendant Gourlay's liability should be joint and several with the following co-defendants:

---

Chapman (which in turn was rolled into the Quid Pro Quo scheme).

- **All Loans:** David G. Smith, Avery Ted Cashion, III, Raymond M. Chapman, Thomas E. Durham, Jr., and Keith Arthur Vinson.

- **Gabler Loans and Ed Worlund Loan Only:** George M. Gabler (in addition to the parties listed previously).

- **Dion Holdings and Quid Pro Quo Loans Only:** Nicholas Dimitris (in addition to the parties listed previously).

- **All Loans Except the Ed Worlund Loan, the Betty Zieger Loans, and the Jarco Loan:** Aaron Ollis (in addition to the parties listed previously).

- Any other persons who may be found to be liable.

Accordingly, **IT IS, THEREFORE, ORDERED** that restitution shall be ordered in the amount of $6,237,453.37. The Clerk of Court shall prepare an Amended Judgment in accordance with the provisions of this Order.

**IT IS SO ORDERED.**

Signed: February 24, 2014

Martin Reidinger
United States District Judge